IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE | * | CHAPTER 13 |
| **EARLEN BLANDON** | * | CASE NO.:13-27320 |
| Debtor | * | |

o0o

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE FOR MATERIAL DEFAULT IN PLAN PAYMENTS

The Debtor, Earlen Blandon, through her attorneys, Louise M. Carwell and the Legal Aid Bureau, Inc., files this Response to Trustee's Motion To Dismiss for Material Default in Plan Payments and states as follows:

1. That the Debtor admits paragraph 1 and 2.

2. That the Debtor denies paragraph 3 and 4.

3. That the Debtor further states that she has had a decrease in her household income because family members that were living in the household moved from the property are not longer able to financially assist the debtor. The Debtor is able to make reduced payments to the Chapter 13 Trustee that will meet the plan requirements.


Date: _____

_____/s/_____
Louise M. Carwell
Legal Aid Bureau, Inc.
500 E. Lexington St.
Baltimore, Md. 21202
539-5340
Fed. Bar No.: 10174